O 256
ev. 2/86)

CRIMINAL DOCKET U.S. District Court

| PO | ☐ | 0864 | 3 | Assigned 6406 | ☐ WRIT | VS. | WALL, JOHN HAROLD | Case Filed Mo. Day Yr. 01 30 92 | Docket No. 00008 | Def. |
| Misd. | ☐ | | | Disp./Sentence | ☐ JUVENILE | | | | | |
| Felony | ☒ | District | Off | Judge/Magistr. | ☐ ALIAS ☐ OFFENSE ON INDEX CARD | | No. of Def's 1 | U.S. MAG. CASE NO. | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:841(a)(1) & (b)(1) (B)( & 18:2 | Aiding & abetting: possess w/intent to distribute methamphetamine – Ct 1 | 1 | |
| 18:924(c) | Use & carry a firearm during a drug trafficking crime – Ct 2 | 1 | |

**CLOSED**

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE

KEY DATE ►01/30/92 EARLIEST OF
- ☒ arrest
- ☐ sum'ns
- ☐ custody
- ☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

KEY DATE ►01/30/92 APPLICABLE
- ☒ Indictment filed/unsealed
- ☐ consent to Magr. trial on complaint
- ☐ Information
- ☐ Felony-W/waiver

KEY DATE 01/30/92
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO

KEY DATE 3-31-92 APPLICABLE
- ☐ Dismissal
- ☒ Pled guilty ☒ After N.G
- ☐ Nolo ☐ After nolo
- ☐ Trial (voir dire) began
- ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT 2-5-92 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 3-31-92 | SENTENCE DATE 6-4-92 | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on def motion on gov motion |

## III. MAGISTRATE

| Search Warrant | Issued | DATE | INITIAL/NO. |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ► | | | |
| Date of Arrest | | OFFENSE (In Complaint) | |

INITIAL APPEARANCE DATE ►

PRELIMINARY EXAMINATION — Date Scheduled ►
OR
☐ REMOVAL HEARING — Date Held ►

☐ WAIVED   ☐ NOT WAIVED   Tape Number
☐ INTERVENING INDICTMENT

| INITIAL/NO. | OUTCOME: |
| | HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT  ☐ DISMISSED |
| | HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |

Show last names and suffix numbers of other defendants on same indictment/information:

**Assigned to Judge Devitt**

RULE   ☐ 20  ☐ 21  ☐ 40  ☐ In  ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.

~~Jon Hopeman~~ Mark Larsen          Curt Stevens – Mpls

Defense: 1 ☐ CJA,  2 ☒ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

Howard S. Carp (15222)
Watson & Carp
828 Norwest Midland Bldg
401 2nd Ave S
Mpls MN  55401
(612) 341-4334

2/8/95 2255 filed

John Harold Wall
Reg No 05314-041
Federal Prison Camp
P O Box 1000 / Dorm 211-201
Duluth MN  55814

### BAIL • RELEASE

PRE- INDICTMENT
- Release Date
- ☐ Bail Denied
- ☐ Fugitive
- ☐ Pers. Rec.
- AMOUNT SET  $
- Conditions
- Date Set
- ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Bail Not Made
- ☐ Collateral
- Date Bond Made
- ☐ 3rd Prty
- ☐ PSA
- ☐ Other

POST–INDICTMENT
- Release Date
- ☐ Bail Denied
- ☐ Fugitive
- ☒ Pers. Rec.
- AMOUNT SET  $ 10,000
- ☐ PSA
- Conditions
- Date Set 01/30/92
- ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Bail Not Made
- ☐ Collateral
- Date Bond Made 01/30/92
- ☐ 3rd Prty
- ☐ Other

### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 07/15/92 | 110431 | $50 spec assmt paid in full | | | |

APPEALS FEE PAYMENTS

SCANNED
SEP 1 3 2013
U.S. DISTRICT COURT ST. PAUL

| DATE / DOCUMENT NO. | | Yr. 92 | Docket No. 00008 | Def. 01 | MASTER DOCKET - MULTIPLE DEFENDANT CASE PAGE 2 OF / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|---|

**V. PROCEEDINGS**

John Harold Wall (Devitt/FLN)

| Date | No. | Proceeding | Start/End | Ltr | Days |
|---|---|---|---|---|---|
| 01/30/92 | 1 | INDICTMENT (JEC/Tamara Granger) Ordered that warrant be issued. Warrant issued. 2 pgs  Warrant ret'd exec 01/30/92 | Start | PO | sirs |
| | 2 | MINUTES (JGL) Initial Appear: Deft read charge & advised of rights. Bond set @ $10,000 RPR. Arraign 2/5/92 @ 9 a.m. b/4 FLN. 1 pg | Start | P2 | sirs |
| | 3 | ORDER SETTING CONDITIONS OF RELEASE (JGL) 3 pgs | | | |
| | 4 | APPEARANCE BOND exec @ $10,000 RPR on 01/30/92. 1 pg | Start | LR | sirs |
| 02/05/92 | 5 | Warrant ret'd exec 01/30/92. 1 pg | | | |
| | 6 | MINUTES (FLN/J Anderson) Arraign: Plea of not guilty entered. Motions due 2/12/92; heard 2/24/92 @ 9 a.m.; status conference 3/13/92 @ 9 a.m.; trial 3/16/92 @ 2 p.m. Bond cont'd. 1 pg | | | |
| 02/06/92 | 7 | ORDER (FLN) same as doc #6 above. (cc:attys) 2pgs | | | |
| | | Deft's Pretrial Motions to/for: | | | |
| 02/12/92 | 8 | Suppress statements. 1 pg | 02/12/92 | E | sirs |
| | 9 | Memorandum in support of motion (doc #8) 4 pgs | | | |
| | 10 | Suppress physical evidence. 1 pg | | | |
| | 11 | Memorandum in support of motion (doc #10) 2 pgs | | | |
| | 12 | Demand for disclosure pursuant to Rule 16. 2 pgs | | | |
| | 13 | Independent inspection & testing of tangible evidence. 1 pg | | | |
| | 14 | Disclosure of agreements w/witnesses. 1 pg | | | |
| | 15 | Points & authorities in support of motion (doc #14). 2 pgs | | | |
| | 16 | Disclosure of favorable evidence. 1 pg | | | |
| | 17 | Points & authorities in support of motion (doc #16). 2 pgs | | | |
| | 18 | Production of witnesses statements. 1 pg | | | |
| | 19 | Disclosure of govt's intention to rely on similar act evidence. 1 pg | | | |
| | 20 | Memorandum in support of motion (doc #19) 2 pgs | | | |
| | 21 | Production of statements & report of witnesses pursuant to 18:3500. 1 pg | | | |
| | 22 | Points & authorities in suppport of motion (doc #21) 1 pg | | | |
| | 23 | Dismiss ct 2 of indictment. 1 pg | | | |
| | 24 | Memornandum in support of motion (doc #23) 14 pgs | | | |
| 02/18/92 | 25 | Govt's response to motion to suppress evidence. 9 pgs | | | |
| | 26 | Exhibit A — Govt's response to motion to suppress evidence. 12 pgs | | | |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET | *U. S. vs*

John Harold Wall  (Devitt)    3
sentenced by RGR

AO 256A ⊕

| 92 | 00008 | 01 |
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 03/11/92 | 27) ORDER (DDA) that the Clerk maintain the late Judge Devitt's pending criminal calendar as a block of criminal cases, the management & trial of which will be conducted by Senior Judge Renner, and the calendaring to be handled by Calendar Clerk Lowell Lindquist. (cc:attys) 1 pg | | | | |
| 03/31/92 | 28) Plea agreement & sentencing stipulation (6 pgs/vem) | | Stop | E | |
| | 29) MINUTES (RGR/R Riley) COP:Guilty plea entered to Ct 1 ct 2 to be dismissed at sentencing. PSI ordered. Bond con't. ( 1pg/vem) | | Start | P4 | |
| 05/22/92 | 30) Deft's position pleadings 2 pgs | | | | |
| 06/04/92 | 31) JUDGMENT/STATEMENT OF REASONS – copies dist'd 4 pgs | | | | |
| | 32) MINUTES (RGR/R Riley) SENTENCING: Custody of BOP for 60 mos; 4 yrs supervised release; spec assmt of $50.00; VSP 7/7/92 at 10 a.m.; ct 2 dismissed on motion of US Atty; Gov't motion to strike 2 point enhancement re: possess of gun & 2 points reduction re: acceptance of responsibility granted. 1 pg | | | | |
| 01/20/95 | 33) TRANSCRIPT of Sentencing 6/4/92 before RGR. [SEPARATE] | | | | |
| 02/08/95 | 34) 2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE 27 pgs Civil Action #3-95-120 assigned for statistical purposes only. Referred to Judge Renner | | | | |
| 03/01/95 | 35) TRANSCRIPT Of Plea on 3/31/92 before RGR. Court reporter Robert Riley.  SEPARATE | | | | |
| 07/13/95 | 36) Govt's opposition to deft's motion pursuant to 28:2255; Declaration of Mar Larsen & exhibits; Declaration of Theresa Villarreal & exhibits. 46 pgs | | | | |
| 10/12/95 | 37) ORDER (RGR 10/11/95) that petitioner's 2255 motion is denied. LET JUDGMENT BE ENTERED ACCORDINGLY. (cc: AUSA, deft & CV Clerk) 8 pgs | | | | |
| | 38) JUDGMENT ENTERED 1 pg | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days